# Exhibit B

**From:** ROBYN WAPNER
**Sent:** Friday, October 9, 2020 5:02 PM
**To:** Catherine Smith
**Subject:** Re: Matthews v. Gucci

Dear Catherine,

Gucci's records show that Ms. Matthews electronically signed the mutual arbitration agreement in connection with the commencement of her employment.  At the same time Ms. Matthews completed and/or acknowledged 11 other new hire documents, including her W-4 and direct deposit form.

Best,
Robyn

Law Office of Robyn Wapner, LLC
189 Prospect Street, Ridgewood, NJ 07450
phone: 201-444-4448  |  mobile: 201-590-2536
Email: robynwapner@wapnerlawoffice.com

**From:** ROBYN WAPNER <robynwapner@wapnerlawoffice.com>
**Sent:** Wednesday, October 7, 2020 1:57 PM
**To:** Catherine Smith <catherine@dereksmithlaw.com>
**Subject:** Re: Matthews v. Gucci

Hi Catherine.
I'm in receipt of your email.  Gucci maintains that Madison's signature to the document is authentic.  I am familiarizing myself with the technical details and will revert back after I've had the chance to do so.
Best,
Robyn

Law Office of Robyn Wapner, LLC
189 Prospect Street, Ridgewood, NJ 07450
phone: 201-444-4448  |  mobile: 201-590-2536
Email: robynwapner@wapnerlawoffice.com


**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Friday, October 2, 2020 1:39 PM
**To:** ROBYN WAPNER <robynwapner@wapnerlawoffice.com>
**Cc:** Mayuri Reddy <mayuri@dereksmithlaw.com>
**Subject:** RE: Matthews v. Gucci

Robyn,

My client has reason to question the authenticity of that electronic signature. Do you have anything to further authenticate what is purported to be my client's e-signature?

Thank You,

Catherine Smith, Esq.

DEREK SMITH LAW GROUP, PLLC
Attorneys at Law
*Employment Lawyers Representing Employees Exclusively*

Toll Free No. (800) 807-2209
DiscriminationAndSexualHarassmentLawyers.com (website)

Admitted PA,NJ
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103 | (215) 391-4790
NYC Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
email:Catherine@dereksmithlaw.com


**From:** ROBYN WAPNER
**Sent:** Monday, September 21, 2020 4:54 PM
**To:** Catherine Smith
**Cc:** Mayuri Reddy
**Subject:** Re: Matthews v. Gucci

Hello Catherine.
I had a chance to confer with my client with respect to your client's demand below.  Can you please share your availability to confer by phone tomorrow or Wednesday?
Please note I am attaching for your reference the mutual arbitration agreement between our clients.

Best,
Robyn