# Exhibit F

Ms. Schmidt,

Confirmed.

Thank You,

Catherine Smith, Esq.

DEREK SMITH LAW GROUP
Attorneys at Law
*Representing Employees Exclusively In Employment Cases*
*Representing Consumers Exclusively In Consumer Fraud Cases*
Toll Free No. (800) 807-2209
DiscriminationAndSexualHarassmentLawyers.com (website)
NYC Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Miami Office: 701 Brickell Ave., Suite 1310, Miami FL 33131 | (305) 946-1884
Los Angeles Office: 633 West 5th street, Suite 3250, Los Angeles, CA 90071 | (310) 602-6050
email:dawn@dereksmithlaw.com



BUSINESS ENTITY NOTE: Any cases and business handled in New York are handled exclusively through Derek Smith Law Group, PLLC.  Any cases and business handled in California are handled exclusively through Derek Smith Law Group, LLP, an entity completely distinct from Derek Smith Law Group, PLLC.

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this email is directed to you,
DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature.

**From:** Chambers Judge Marston
**Sent:** Monday, February 1, 2021 2:13 PM
**To:** LyleZuckerman@dwt.com; Catherine Smith
**Subject:** Phone Conference on TRO/Preliminary Injunction - Matthews v. Gucci et al - 21-cv-434 - Today, Monday, February 1, 2021 at 3pm

Counsel:

The Court kindly reminds counsel to copy opposing counsel when corresponding with Chambers.

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2) includes a Certification by which Plaintiff's counsel affirms having emailed the motion to Defendants' counsel (LyleZuckerman@dwt.com).  Ms. Smith, please confirm that you emailed Mr. Zuckerman on January 29, 2021 upon the filing of your pleadings on ECF?  We also attach the pleadings here.

The Court will provide Mr. Zuckerman with an opportunity to review the filings and continue the call scheduled for today until **Wednesday, February 3 at 2:00 p.m.**  (the dial-information is included below). The Court will allow Mr. Zuckerman to appear for purposes of the call pending the filing of his *pro hac vice* motion next week.

Finally, the Court strongly encourages the parties to verbally meet and confer with each other prior to Wednesday's call and attempt to resolve issues raised in the pleadings or related to the MAA and AAA.

**Please confirm receipt of this email**.

\*\*\*

Dial-In Information

888-684-8852

code: 5138544

Best,
Grace Schmidt
Law Clerk to the Honorable Karen Spencer Marston

---

**From:** Zuckerman, Lyle <LyleZuckerman@dwt.com>
**Sent:** Monday, February 1, 2021 12:36 PM
**To:** Mark Rafferty <Mark_Rafferty@paed.uscourts.gov>
**Subject:** RE: Phone Conference on TRO/Preliminary Injunction - Matthews v. Gucci et al - 21-cv-434 - Today, Monday, February 1, 2021 at 3pm

**CAUTION - EXTERNAL:**

Mr. Rafferty,

I am in receipt of your email below, but Ms. Matthews's counsel has not sent me any papers seeking preliminary injunctive relief and/or temporary restraints (and, of course, no purported defendant has been served with any papers in this case), which, pursuant to the Judge's Individual Rules of Practice, are among the several prerequisites for seeking such relief (Section 2..A.4).

Is today's call merely a scheduling conference or will there be substantive discussions?  In any event, will the Court allow me to appear for purposes of today's call provided that a pro hac vice motion is timely filed this week?

Please note that the corporate defendants intend to file a motion to compel private arbitration (among seeking other relief) pursuant to a binding Mutual Arbitration Agreement, which process Ms. Matthews's counsel has already initiated by filing a Demand for Arbitration with the AAA.  Initiating this judicial action violates both the MAA and a private tolling agreement executed by the parties.

Respectfully
Lyle Zuckerman

**Lyle Zuckerman** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6452 | Fax: (212) 379-5222
Email: lylezuckerman@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/lylezuckerman

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

3

**From:** Mark Rafferty <Mark_Rafferty@paed.uscourts.gov>
**Sent:** Monday, February 01, 2021 12:09 PM
**To:** catherine@dereksmithlaw.com; Zuckerman, Lyle <LyleZuckerman@dwt.com>
**Subject:** Phone Conference on TRO/Preliminary Injunction - Matthews v. Gucci et al - 21-cv-434 - Today, Monday, February 1, 2021 at 3pm

**[EXTERNAL]**

Counsel,

A phone conference is scheduled in the above matter before Judge Marston today, Monday, February 1, 2021 at 3:00 p.m.

Please use the following number to dial in to the call:

Your client is not required to be on this call.

888-684-8852
code: 5138544

Thanks,
Mark Rafferty
Civil Deputy

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.