IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADISON MATTHEWS**,<br><br>Plaintiff,<br><br>*v.*<br><br>**GUCCI, et al.**,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 21-434-KSM** |

## ORDER

**AND NOW**, this 15th day of February, 2022, upon consideration of Defendants Gucci America, Inc. and Kering's[1] Motion to Compel Arbitration and for Sanctions (Doc. No. 12), Plaintiff Madison Matthews's response (Doc. No. 14), Defendants' reply (Doc. No. 16), following oral argument on the motion, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' Motion to Compel Arbitration is **GRANTED**.

2. Defendants' Motion for Sanctions is **DENIED without prejudice**.

3. Since the parties are to engage in private arbitration, and no party has requested a stay pending that private arbitration, the Clerk of the Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Defendants represent that Matthews wrongly identified "Kering" as a Defendant and that the company's official name is Kering Americas, Inc. (*See, e.g.*, Doc. No. 12; Doc. No. 12-2 at ¶ 1.)